| | |
|---|---|
| 1 | THE BICKEL LAW FIRM, INC. |
|   | Brian J. Bickel, State Bar No. 205646 |
| 2 | Brian K. Cline, State Bar No. 246747 |
|   | Mark A. Johnson, State Bar No. 276753 |
| 3 | markjohnson@bickellawfirm.com |
|   | 701 B Street, Suite 1200 |
| 4 | San Diego, California 92101 |
|   | Telephone:  (619) 374-4100 |
| 5 | Facsimile:   (619) 231-9040 |

JS - 6

6  Attorneys for Plaintiff DANIELLE CARBONE

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

11  DANIELLE CARBONE,            )   Case No. CV 11-05126 MWF (Ex)
                                 )
12                    Plaintiff, )   [Complaint Filed:  June 17, 2011]
                                 )
13       vs.                     )
                                 )   ORDER DISMISSING THE ACTION
14  BMW OF NORTH AMERICA, LLC,   )
    and DOE 1 through DOE 10 inclusive, )
15                               )
                      Defendants,)
16                               )
                                 )
17  _____)

19       GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is
20  hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

23  Date: July 9, 2012          _____
                                Honorable Michael W. Fitzgerald
24                              U.S. DISTRICT JUDGE