THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
Mark A. Johnson, State Bar No. 276753
markjohnson@bickellawfirm.com
701 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 374-4100
Facsimile: (619) 231-9040

JS - 6

Attorneys for Plaintiff DANIELLE CARBONE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE CARBONE,<br><br>          Plaintiff,<br><br>  vs.<br><br>BMW OF NORTH AMERICA, LLC,<br>and DOE 1 through DOE 10 inclusive,<br><br>          Defendants,<br>_____ | Case No. CV 11-05126 MWF (Ex)<br><br>[Complaint Filed: June 17, 2011]<br><br>ORDER DISMISSING THE ACTION |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

Date: July 9, 2012   _____
                                    Honorable Michael W. Fitzgerald
                                    U.S. DISTRICT JUDGE